UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY MCDONALD, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-00469 |
| § | |
| CREDIT SUISSE FINANCIAL CORP., *et al*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending in the above-referenced cause is Defendants' Motion to Dismiss Amended Complaint (Doc. 28). Plaintiff Jeffrey McDonald did not respond to Defendants' motion, and on September 12, 2016, the Magistrate Judge issued her Memorandum and Recommendation ("M&R") recommending that the motion be granted and Plaintiff's claims against Defendants be dismissed with prejudice (Doc. 32). McDonald filed no objections to the M&R. Upon review of the motion and M&R, the Court agrees with the Magistrate Judge. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 32) is **ADOPTED.** Defendants' Motion to Dismiss (Doc. 28) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 29th day of September, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE